NEW YORK TRAP ROCK CORPORATION Appellee, v. THE Steam Tug EDWIN H. MEAD, Her Engines, etc., CORNELL STEAMBOAT COMPANY, Appellant.

THE Yacht SAVARONA, Her Engines, Etc., Thomas W. LAMONT et al., as Executors, etc., Appellees, v. Edward COYKENDALL, Appellant.
No. 62.

Circuit Court of Appeals, Second Circuit.
Dec. 4, 1933.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for appellant.

Duncan & Mount, of New York City (Henry W. Dieck, Jr., and Charles R. Millett, both of New York City, of counsel), for appellees.

Frederick W. Park, of New York City (Benjamin T. Dannenberg, of New York City, of counsel), for libelant.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed without opinion.